# EXHIBIT 1

# EXHIBIT 1



# chopperguy

Vote to give this idea 50K: Prevent
Teenage Suicide #pepsirefresh
http://pep.si/asWyxg
8:47 AM Jun 1st via web

Please go here and vote to help prevent Teen Suicide
http://pep.si/asWyxg
5:36 AM May 28th via web

RT @zacbrownband Vote for CMT 2010 Award Nominee Zac Brown
Band & enter to win the ultimate fan pack (iPad, DVD + more!)
http://go2w.in/zDb
8:53 AM May 27th via Zac Brown Band - CMT 2010 Award - Vote and Contest

Vote to give this idea 50K: Prevent Teenage Suicide #pepsirefresh
http://pep.si/asWyxg
2:20 AM May 11th via web

Sponsors needed for the Webs #1 Biker News site.
webmaster@bikernews.net
11:51 AM Apr 23rd via web

#FollowFriday @vnfdari @RiverCityGal @allaboutbikers
@TheOnion @GuiltyOne @CarolCasey
11:39 AM Apr 23rd via web

#FollowFriday @BowlMeOverVa @skacamo @NhatPham
@sweetcherrydip @MiraclesGoddess
11:35 AM Apr 23rd via web

Webs Best Biker News since 1997. @bikernews @1percenternews
@cops_gone_bad #FollowFriday #FF #BikerNews
11:34 AM Apr 23rd via web

#FollowFriday @motorcycles @leanjones @rippinkitten
@washcaps @Capitals
11:33 AM Apr 23rd via web

Name: chopper guy
Location: Phoenix AZ
Web http://www.choppe
Bio: Biker news is the f
Friendly with Thom in Traverse

2,822    2,509    23
following  followers  listed

Tweets

Favorites

Following

View all

RSS feed of chopperguy's
tweets

# EXHIBIT 2

# EXHIBIT 2



# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com

 PRINT THIS

Powered by (C) Clickability

Apr. 05, 2010
Copyright © Las Vegas Review-Journal

## Undercover agent one of few to get into Hells Angels

### Efforts battling motorcycle gangs provide mixed success

By MIKE BLASKY
LAS VEGAS REVIEW-JOURNAL

Hells Angel Jay Dobyns was at the Flamingo hotel in Laughlin with several members of the gang on April 27, 2002, the night of the River Run riot at nearby Harrah's casino.

Two Hells Angels and one member of the Mongols, a rival motorcycle gang, were killed in a massive brawl on Harrah's casino floor that night. Dozens of bikers on each side of the rivalry were arrested. Many more, including innocent bystanders, were injured.

Dobyns, an undercover federal agent and one of the few law enforcement officials to infiltrate the legendary motorcycle gang, remembers the mood of his "brothers" at the Flamingo, a little more than a mile from Harrah's, immediately after the incident.

"You could sense the frigging impending doom hanging over the crowd that night. You could tell the anxiety and tension, and it was like you could cut it, touch it," said Dobyns, 48. "That was the culmination of a 25-year feud with the Mongols coming to a head, man. You had fire with the Hells Angels there, gasoline with the Mongols there, and it was gonna go."

INVESTIGATED AGAIN

In November and March, the Hells Angels became newsworthy in Nevada again when several Sin City clubhouses were raided by the Metropolitan Police Department's Criminal Intelligence Section.

The November raids concerned "documents, and images, which tend to show the organization, membership, and structure of the Hells Angels Motorcycle Club," according to warrants. Police said the investigation involved two Mongols stabbed at a downtown wedding chapel, possibly by members of the Hells Angels, in 2008.

In the March raids, search warrants were issued for items alleged to have been stolen from a local Salvation Army donation site, including handguns and vehicles, police said.

In both instances, no gang members were arrested and police kept specifics of the case to themselves. An attorney who represents Angels indicated in the November investigation said he would only comment after he spoke to his clients. He did not call back.

In November, some neighbors of the Hells Angels Sin City Chapter clubhouse on Torrey Pines Drive told Las Vegas Review-Journal columnist John L. Smith that the police made more of a disturbance than the Angels.

"They've been really great," neighbor Geri O'Connor told Smith. "There hasn't been any disturbance or anything."

"It gets a little loud," she added. "But it's nothing more than the average party."

So why, despite the gang's propensity for violence and constant investigations from police, are the Hells Angels not scrutinized in the same light as a street gang?

KEEPING UP APPEARANCES

Criminal Intelligence Lt. Dave Logue said that, as far as police are concerned, motorcycle gangs operate in the same fashion as street gangs. The two Hells Angels chapters (they're affiliated, but have different members and leaders) in Las Vegas fight rival gangs over turf or colors, they deal drugs and guns and intimidate local businesses.

The difference is organization and image, Logue said. The Hells Angels do not hide from the public, like members of the Crips and Bloods might.

They have Web sites for each chapter. They have clubhouses with logos on their door, and wear vests with the gang's patch on the back. And they even sponsor charity events, he said.

"They would have you believe they're good for the community, because they do toys for tot runs, charity runs," Logue said. "But their criminal activity and violence far outweigh any good they do."

Dobyns, who worked the Hells Angels undercover operation in Arizona for the Bureau of Alcohol, Tobacco, Firearms and Explosives from 2001 and 2003, said the gang's propaganda machine is enormous.

The Angels began expansion in the late 1940s and early 1950s and have become a staple of "Americana," Dobyns said, just as Al Capone, Jesse James and John Dillinger managed to do.

"They're very good at putting themselves in the public eye as rebellious, patriotic guys who are full of good will but won't conform to the rules," he said.

But when you peel back the onion and draw closer to the core, you start to realize the truth, he said.

"I was on a toy run for kids, and the same guy who had a teddy bear strapped to his motorcycle was doing a meth deal in the bathroom," he said.

In one of the more extreme examples, Dobyns said he remembers one Hells Angel joking with citizens at a charity event, spreading the "message of goodness" of the gang, a week after he killed a woman at a club and covered up the death.

"He's shaking hands and kissing babies, when weeks before he brutally murdered an innocent girl," Dobyns said.

A VIOLENT LIFE FOR ME

Dobyns said the ATF's investigation resulted in dozens of arrests and many convictions (although "too many" members were given plea deals by prosecutors, which still irks Dobyns) of top members of the Hells Angels' organizations in the southwest United States.

But many members he called "friends" while undercover continue to walk the streets and avoid

prosecution, several of whom were active participants in the River Run riot and openly brag about their involvement, he said.

"When you live that life, you're crossing paths with those kind of events all the time," Dobyns said. "They (Hells Angels) form conclusions on violence and intimidation."

It's difficult for police to gather valuable information on the organization, he said, because of the strict guidelines for membership and an ironclad grip on information flow from the top members of the gang.

Dobyns was undercover more than a year before he was promoted to full member, he said -- and that was only after he fabricated the death of a Mongol, photographing a homemade murder scene and taking a bloodstained biker jacket to leaders in order to prove his loyalty, he said.

"Most people, when you show 'em pictures of a butchered body and bring back a vest with bloodstains on it, like the things we did, a normal person runs the other way dialing 911 at the same time," he said.

"I was getting kisses and hugs, the full embrace. They threw a vest on my back and said, 'You're a Hells Angel now, dude, you showed what it takes.'"

A few days after the fake murder, the case was closed, raids were executed, and arrests were made.

LOOSE LIPS SINK SHIPS

Dr. Tom Barker, a criminal justice and police studies professor at Eastern Kentucky University and a renowned researcher on motorcycle gangs, said the Hells Angels operate with the same level of secrecy as the mafia.

Like the mafia, Hells Angels members are required to earn money for the gang, and, also like the mafia, use "puppet clubs" and associates, instead of members, to do most of the gang's dirty work.

This insulates the top members from potential prosecution, he said.

"If you have 30 made members of an organization, and each one has 10 associates that work for him and does his bidding, now you're talking about a gang the size of 300 members," Barker said.

Dobyns has personally witnessed this strategy, he said.

A Las Vegas Hells Angel introduced Dobyns to an associate of the club who had bombs, assault weapons and rocket launchers for sale, he said. The associate wasn't a full-fledged member, but he often worked with the crew, he said.

Although his experience was limited in Las Vegas, Dobyns said he knew of prostitution, theft, weapons and drug operations taking place at Arizona's next-door neighbor. Las Vegas has more than enough legal vice to cater to the biker lifestyle, he said.

"They're some rough boys in Vegas," he said. "They're a no-nonsense crew, and they're takers. If they can't get something, whether they have to lie or steal, they'll get it."

THE FEDERAL FIGHT

Whether the pending investigations in Las Vegas will find success is unknown, but Barker said that local law enforcement has had mixed success nationally combatting motorcycle gangs.

Barker said the federal Racketeer Influenced and Corrupt Organizations (RICO) Act, which allows the government to prosecute an entire organization rather than a single person, is one of the few ways law enforcement has found success against the Hells Angels.

But with more than 200 chapters that cover the United States, Canada and even Europe, Barker said it will take more than a few cases to slow the Hells Angels expansion. There are an estimated 2,000 to 2,500 members in the world, he said.

"There are actually more chapters of the gang outside the U.S. than inside," he said. "That's something we hadn't seen before recently."

Hells Angels have argued that the RICO Act does not apply to their organization, as they aren't a criminal enterprise; they're just a bunch of guys around the world who share a love of riding motorcycles.

Dobyns doesn't see it that way.

"The thing is, they wear that patch," he said. "You can say you're individually not involved in criminal activity, not selling drugs or running guns or prostitutes, or extorting people.

"But even if you aren't into that, you still benefit from the reputation of violence and intimidation the club carries when they wear that patch. And that's as big a problem as any we face."

Contact reporter Mike Blasky at mblasky@reviewjournal.com or 702-383-0283.

**Find this article at:**
http://www.lvrj.com/news/undercover-agent-one-of-few-to-get-into-hells-angels-89897702.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4

Best 1%er Biker News on the web since 1997        Tuesday June 29, 2010  6:04 PM

# BIKERNEWS.NET

| Search |

New Bikers -N- Friends  |  Who's Online  |  Cops Gone Bad  |  Biker Foes  |  Final Chapter  |  Who's a Rat?  |  Shop OBWorld  |  DONATE  |  Brothers Memorial  |  Fix Site

RSS  XML FEED

**Username:**

**Password:**

☐ Remember Username:

☐ Keep Me Logged On:

| Login |

→ Register
→ Forgot Password

**Biker Apparel** ▽
Shirts, Doo-Rags, Patches, & Pins. Straight from the BikerOrNot Store.

**Meet A Biker Babe**
Find A Biker Babe Near You Today. 100% Free. Join Now!

Get your news on





Click Here for the Calendar

Site Sponsors

OLD SCHOOL BIKER T's

Become a Sponsor for Bikernews.net
Your Banner Here
Click here for details

Get bike parts from JC Whitney

Bike Bandit

Adam and Eve Adult Toys



### THE BIKER NEWS NETWORK
Welcome to our 13th year on the web!
Hard to believe the site started back in 1997, as the "Outsider's 1%er Biker News" hosted on a public server, with a few articles posted everyday for the handful of bikers who visited. Then there was the Biker News Network, bikernews.net in various forms which has now grown into the biker community that is is today! From a handful of faithful visitors (Whom are most still around) to the thousands that now visit every day!
Best viewed at 1280x1024

• "Kill a Biker, Go To Jail"
Click here to help
"Save a Biker!"

• HOT BIKER BABES!

• Make Donation to Site!

**Main Menu**
→ Home
→ About Us

→ 1%er News
→ General News
→ Tech Tips
→ Biker Chicks
→ Joke of the Day
→ Bike HELP!!
→ Biker Education

→ Events
→ Links
→ Guestbook
→ Biker DMZ
→ Message Board

→ New Live Chat
→ Live Chat

→ Submit News
→ Submit Event
→ Editorials
→ Announcements
→ Find user
→ Link to us
→ Get News via Email
→ Get news on your site
→ Archived Biker News
→ FAQ's
→ Disclaimer
→ Contact Us
→ Recommend Us

Add Your E-mail Address to our Mailing List

| GO |

**1%er News:**

**Undercover agent one of few to get into Hells Ange**

BY: MIKE BLASKY
Source: lvrj.com

--ADVERTISEMENT--
(Click ESC to stop the shaking)

Las Vegas, NV - Hells Angel Jay Dobyns was at the Flamingo hotel in Laughlin with several members of the gang on April 27, 2002, the night of the River Run riot at nearby Harrah's casino.

Two Hells Angels and one member of the Mongols, a rival motorcycle gang, were killed in a massive brawl on Harrah's casino floor that night. Dozens of bikers on each side of the rivalry were arrested. Many more, including innocent bystanders, were injured.

Dobyns, an undercover federal agent and one of the few law enforcement officials to infiltrate the legendary motorcycle gang, remembers the mood of his "brothers" at the Flamingo, a little more than a mile from Harrah's, immediately after the incident.

"You could sense the frigging impending doom hanging over the crowd that night. You could tell the anxiety and tension, and it was like you could cut it, touch it," said Dobyns, 48. "That was the culmination of a 25-year feud with the Mongols coming to a head, man. You had fire with the Hells Angels there, gasoline with the Mongols there, and it was gonna go."

INVESTIGATED AGAIN

Number of Registered
Users:
18227

In November and March, the Hells Angels became newsworthy in Nevada again when several Sin City clubhouses were raided by the Metropolitan Police Department's Criminal Intelligence Section.

The November raids concerned "documents, and images, which tend to show the organization, membership, and structure of the Hells Angels Motorcycle Club," according to warrants. Police said the investigation involved two Mongols stabbed at a downtown wedding chapel, possibly by members of the Hells Angels, in 2008.

In the March raids, search warrants were issued for items alleged to have been stolen from a local Salvation Army donation site, including handguns and vehicles, police said.

In both instances, no gang members were arrested and police kept specifics of the case to themselves. An attorney who represents Angels indicated in the November investigation said he would only comment after he spoke to his clients. He did not call back.

In November, some neighbors of the Hells Angels Sin City Chapter clubhouse on Torrey Pines Drive told Las Vegas Review-Journal columnist John L. Smith that the police made more of a disturbance than the Angels.

"They've been really great," neighbor Geri O'Connor told Smith. "There hasn't been any disturbance or anything.

"It gets a little loud," she added. "But it's nothing more than the average party."

So why, despite the gang's propensity for violence and constant investigations from police, are the Hells Angels not scrutinized in the same light as a street gang?

KEEPING UP APPEARANCES

Criminal Intelligence Lt. Dave Logue said that, as far as police are concerned, motorcycle gangs operate in the same fashion as street gangs. The two Hells Angels chapters (they're affiliated, but have different members and leaders) in Las Vegas fight rival gangs over turf or colors, they deal drugs and guns and intimidate local businesses.

The difference is organization and image, Logue said. The Hells Angels do not hide from the public, like members of the Crips and Bloods might.

They have Web sites for each chapter. They have clubhouses with logos on their door, and wear vests with the gang's patch on the back. And they even sponsor charity events, he said.

"They would have you believe they're good for the community, because they do toys for tot runs, charity runs," Logue said. "But their criminal activity and violence far outweigh any good they do."

Dobyns, who worked the Hells Angels undercover operation in Arizona for the Bureau of Alcohol, Tobacco, Firearms and Explosives from 2001 and 2003, said the gang's propaganda machine is enormous.

The Angels began expansion in the late 1940s and early 1950s and have become a staple of "Americana," Dobyns said, just as Al Capone, Jesse James and John Dillinger managed to do.

"They're very good at putting themselves in the public eye as rebellious, patriotic guys who are full of good will but won't conform to the rules," he said.

But when you peel back the onion and draw closer to the core, you start to realize the truth, he said.

"I was on a toy run for kids, and the same guy who had a teddy bear strapped to his motorcycle was doing a meth deal in the bathroom," he said.

In one of the more extreme examples, Dobyns said he remembers one Hells Angel joking with citizens at a charity event, spreading the "message of goodness" of the gang, a week after he killed a woman at a club and covered up the death.

"He's shaking hands and kissing babies, when weeks before he brutally murdered an innocent girl," Dobyns said.

A VIOLENT LIFE FOR ME

Dobyns said the ATF's investigation resulted in dozens of arrests and many convictions (although "too many" members were given plea deals by prosecutors, which still irks Dobyns) of top members of the Hells Angels' organizations in the southwest United States.

But many members he called "friends" while undercover continue to walk the streets and avoid prosecution, several of whom were active participants in the River Run riot and openly brag about their involvement, he said.

"When you live that life, you're crossing paths with those kind of events all the time," Dobyns said. "They (Hells Angels) form conclusions on violence and intimidation."

It's difficult for police to gather valuable information on the organization, he said, because of the strict guidelines for membership and an ironclad grip on information flow from the top members of the gang.

Dobyns was undercover more than a year before he was promoted to full member, he said -- and that was only after he fabricated the death of a Mongol, photographing a homemade murder scene and taking a bloodstained biker jacket to leaders in order to prove his loyalty, he said.

"Most people, when you show 'em pictures of a butchered body and bring back a vest with bloodstains on it, like the things we did, a normal person runs the other way dialing 911 at the same time," he said.

"I was getting kisses and hugs, the full embrace. They threw a vest on my back and said, 'You're a Hells Angel now, dude, you showed what it takes.'"

A few days after the fake murder, the case was closed, raids were executed, and arrests were made.

LOOSE LIPS SINK SHIPS

Dr. Tom Barker, a criminal justice and police studies professor at Eastern Kentucky University and a renowned researcher on motorcycle gangs, said the Hells Angels operate with the same level of secrecy as the mafia.

Like the mafia, Hells Angels members are required to earn money for the gang, and, also like the mafia, use "puppet clubs" and associates, instead of members, to do most of the gang's dirty work.

This insulates the top members from potential prosecution, he said.

"If you have 30 made members of an organization, and each one has 10 associates that work for him and does his bidding, now you're talking about a gang the size of 300 members," Barker said.

Dobyns has personally witnessed this strategy, he said.

A Las Vegas Hells Angel introduced Dobyns to an associate of the club who had bombs, assault weapons and rocket launchers for sale, he said. The associate wasn't a full-fledged member, but he often worked with the crew, he said.

Although his experience was limited in Las Vegas, Dobyns said he knew of prostitution, theft, weapons and drug operations taking place at Arizona's next-door neighbor. Las Vegas has more than enough legal vice to cater to the biker lifestyle, he said.

"They're some rough boys in Vegas," he said. "They're a no-nonsense crew, and they're takers. If they can't get something, whether they have to lie or steal, they'll get it."

THE FEDERAL FIGHT

Whether the pending investigations in Las Vegas will find success is unknown, but Barker said that local law enforcement has had mixed success nationally combatting motorcycle gangs.

Barker said the federal Racketeer Influenced and Corrupt Organizations (RICO) Act, which allows the government to prosecute an entire organization rather than a single person, is one of the few ways law enforcement has found success against the Hells Angels.

But with more than 200 chapters that cover the United States, Canada and even Europe, Barker said it will take more than a few cases to slow the Hells Angels expansion. There are an estimated 2,000 to 2,500 members in the world, he said.

"There are actually more chapters of the gang outside the U.S. than inside," he said. "That's something we hadn't seen before recently."

Hells Angels have argued that the RICO Act does not apply to their organization, as they aren't a criminal enterprise; they're just a bunch of guys around the world who share a love of riding motorcycles.

Dobyns doesn't see it that way.

"The thing is, they wear that patch," he said. "You can say you're individually not involved in criminal activity, not selling drugs or running guns or prostitutes, or extorting people.

"But even if you aren't into that, you still benefit from the reputation of violence and intimidation the club carries when they wear that patch. And that's as big a problem as any we face."

Click Here for the original article

**Ads by Google**   Bikers Gangs   Biker Women   Biker Outlaw   Biker Club   Biker Babesw

Disclaimer: The opinions in this article are solely those of the writer, and may not reflect the beliefs of anyone at Outlaw Biker World. This site may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of political, human rights, economic, democracy, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

Posted By Swabbie on 4/5/2010 6:48 AM | 1%er News

11 comments |

---

5 of 11 Comments Shown

## You must be logged in to read all comments or to add comments

You may only post comments on a article for 15 days

**our goverment**
Posted by HOBO on 4/6/2010 11:46 PM

our tax dollars wasted investigating this club and others and all they got is a couple of partyers...if they spent half the money and time finding the raghead mutha fucker hiding in a fuckin cave in afganastan that likes to kill innocent people we'd be better off as a nation...respects to those that deserve it...Hobo

**SEE YA!**
Posted by metalward on 4/6/2010 4:58 PM

there must be somethin better to talk about then this idiot,NEXT!

**pretty-boy dobyns**
Posted by Ikabongnxile on 4/6/2010 11:01 AM

Let him keep talking...like all other poser assholes, the more he talks the more he destroys his own supposed credability.

**STFU!!!!!**
Posted by RVN69 on 4/5/2010 8:56 PM

Fuck, isn't this assholes 15min of fame up yet?? GO AWAY, Eat shit and die, fuck off and die, do you get the fucking message Dobyns!!!!!!!!!!!

**Wow**
Posted by LoneWolfBTFB on 4/5/2010 7:38 PM

Man the Sally Ann down there has guns and vehicles ????!!!!! Fuck... all ours has is used jeans and 60s furniture..... LW

---

Search Site:    [ Search ]   Flush Cache

© Copyright 1997 - 2010
By Law, these pages and graphics herein are under copyright and are under ownership of "Biker News: 1%er,Outlaw,Bikernews,Bikernews.net" and may only be used if requested by Email.

# EXHIBIT 5

# EXHIBIT 5



VIEW MORE | LOCAL SINGLES

Best 1%er Biker News on the web since 1997          Friday July 09, 2010  7:33 PM

# BIKERNEWS.NET

[ Search ]

New Bikers -N- Friends | Who's Online | Cops Gone Bad | Biker Foes | Final Chapter | Who's a Rat? | Shop OBWorld | DONATE | Brothers Memorial | Fix Site

RSS  XML FEED

**Username:**
[                    ]

**Password:**
[                    ]

Remember Username: [ ]

Keep Me Logged On: [ ]

[ Login ]

→ Register
→ Forgot Password

Main Menu
→ Home
→ About Us

→ 1%er News
→ General News
→ Tech Tips
→ Biker Chicks
→ Joke of the Day
→ Bike HELP!!
→ Biker Education

→ Events
→ Links
→ Guestbook
→ Biker DMZ
→ Message Board

→ New Live Chat
→ Live Chat

→ Submit News
→ Submit Event
→ Editorials
→ Announcements
→ Link to us
→ Get News via Email
→ Get news on your site
→ Archived Biker News
→ FAQ's
→ Disclaimer
→ Contact Us
→ Recommend Us

Add Your E-mail Address to our Mailing List
[                    ]
[ GO ]

Number of Registered Users:

**Biker Dating**
Largest online Biker coummunity. 100% Free
Membership. Join Today!

**Phentramine HCL 37.5 mg**
Free Shipping options Low price $41 No
script - No Hidden Fees

### THE BIKER NEWS NETWORK
Welcome to our 13th year on the web!
Hard to believe the site started back in 1997, as the "Outsider's 1%er Biker News" hosted on a public server, with a few articles posted everyday for the handful of bikers who visited. Then there was the Biker News Network, bikernews.net in various forms which has now grown into the biker community that is is today! From a handful of faithful visitors (Whom most are still around) to the thousands that now visit every day!
Best viewed at 1280x1024

• "Kill a Biker, Go To Jail"
Click here to help
"Save a Biker!"

• HOT BIKER BABES!

• Make Donation to Site!

Get your news on



facebook

Click Here for the Calendar

Site Sponsors



Become a Sponsor for Bikernews.net
Your Banner Here
Click here for details

Get bike parts from JC Whitney

Bike Bandit

Adam and Eve Adult Toys





**1%er's News:**

**Bandido Bash in Las Vegas**

LAS VEGAS, NEV., April 22 - It's a well-known fact that word of mouth is a great marketing tool and can work wonders. Spread the word and they will come. That's exactly what the Las Vegas chapter of the Bandidos did.

The 3rd Annual Bandido Bash beckoned bikers to benefit young inhabitants who call St. Jude's Ranch for Children in Boulder City, home.

"Bandit" members started to trickle into this desert city the day before from near and far-Washington, New Mexico, Colorado, Texas, Utah and northern Nevada. Other bikers rode in from Arizona and California.

For owners of Action Motorcycle Tires, Tom "Tomcat" Manderfeld and Susan Devroy, that Saturday began with Devroy fielding telephone calls and welcoming visitors.

The shop became the unofficial stop for the benefit and by early afternoon, customers amassed in this newly opened shop checking out the inventory, sipping on water or relaxing on a comfortable sofa thumbing through Thunder Press and other motorcycle magazines.

--ADVERTISEMENT--
(Click ESC to stop the shaking)





"The phones have been busy," said Devroy as she gave a visitor a guided tour of the shop. "It's great!"

Action Motorcycle Tires sits along a stretch of the Boulder Highway, a straight shot thoroughfare from Las Vegas to Henderson and all points south where motorcyclists are continually riding back and forth.

Late afternoon, a steady stream of motorcyclists embarked toward the Sunrise Ranch Bar & Grill, a bar on the cusp of the city and Clark County line, and where the benefit would take place.

At the bar, a burgeoning crowd of patched motorcycle club members and their supporters, evident by their "Support Your Local Bandidos" t-shirts, were soon pouring into the parking lot and heading into the bar determined to make the bash a success.

"This is great," said Jeff Connors, proprietor of The Sunrise. "The guys are wonderful, it definitely helps our business and most importantly it helps the charity and it's good to be a part of that."

Connors was busy assisting his bartenders behind and in front of the bar pouring the Coors draft and making sure everyone was taken care of. Used to the biker crowd, Connors expected no problems.

"They [Bandidos] police themselves-we just run the place. We want it to be successful for the charity. That's what it's about," he said. In fact, a percentage of each drink went into the coffers intended for the St. Judes Ranch for Children.

St. Jude's is a group home for abused, abandoned and neglected children and young adults from ages 6 to 21.

Established in 1967, this home is within the Nevada Foster Care System, according to Eryn Rice, Vice President of National Marketing Communications and Community Relations.

The non-profit agency was certainly surprised a few years ago when they became the recipient of the Las Vegas Bandidos and didn't ask any questions but were indeed pleased to see and meet the members who rendered their good will upon the kids.

Bandido Revolver surveyed the scene on this warm breezy night and simply said, "We [just] wanted to do a good deed for them."

A fellow member, Bandido Rick, manned the bar's entrance and greeted a procession of Vietnam Vet motorcycle members and members of the Hessians M.C. [West Coast chapter out of Orange County].

"Thanks for the donation" and "Have a good time," punctuated Bandido Rick's welcome. And my favorite, "Hi. Got I.D?" Without a doubt, the benefit got rolling with participation from other motorcycle clubs-Skoners, Vietnam Legacy, Che´Lu, I.O.O.B., Church in the Wind and of course local and state Bandidos.

Why was Bandido Roller, from Washington, here?

"To support the Las Vegas Bandidos and to spend time with our brothers. Of course, Las Vegas is the coolest place to party!" he stated.

Meanwhile, the bluesy-rock sounds of Stevie Ray Vaughan, the Black Crowes and Thorogood were enticing women to shake it and the men to watch it as the bands, The Shine and Self Seduction, were playing the cover songs.

Perched on a barstool, Las Vegas resident, Eugene Hallett, was excited about winning one of the many raffle prizes-a $100 tattoo gift certificate from Kats-Like-Us.

"Think I'll have some work added to my back," he mused.

Other folks walked away with dinners for two, hotel stays or leather goods.

Estimates put the black t-shirt and leather clad crowd in the triple digits (give or take a few hundred or so)-raising over $2,000 for St. Jude's and $1,000 in brand new clothing donated by a local Christian group. As of press time, a Bandido delegation will ride to Boulder City on May 6 to present St. Jude's with the check and clothing.

"We are thankful to the L.V. Bandidos Motorcycle Club for their love and dedication to the youth living at St. Jude's Ranch for Children," said Rice. "They have supported us for many years through this event and we are grateful to be their charity of choice. They understand our mission and are dedicated to supporting our kids. We are glad to have them as part of our family."

Manderfeld summed up the heartening sentiment.

"Yes, it's a great feeling to be able to help the kids. There's a lot of unfortunate kids who don't get the funds they need . . . [Nationwide] bikers can always be counted on to raise more funds than any golf tournament-we are good-hearted people."

Appeared in Thunder Press Magazine, June 2006 issue, byline: Julie DeHerrera

· Ads by Google·  Bikers Gangs    Biker Outlaw    Biker Gear    Biker Boots    Biker Club

Disclaimer: The opinions in this article are solely those of the writer, and may not reflect the beliefs of anyone at Outlaw Biker World.
This site may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our
efforts to advance understanding of political, human rights, economic, democracy, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted
material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those
who have expressed a prior interest in receiving the included information for research and educational purposes. If you wish to use copyrighted material from this site for
purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

Posted By Anonymous on 6/29/2006 6:46 AM  |  1%er News

2 comments  |  🖶

## You must be logged in to read all comments or to add comments

You may only post comments on a article for 15 days

### really?

Posted by Brandr on 7/1/2006 8:34 AM

All those many bikers and only a couple of thousand dollars was raised? Did I miss something?

### Bash

Posted by catdaddy on 6/29/2006 3:49 PM

Sounds like a good time.

Search Site: [                    ]   [ Search ]    Flush Cache

© Copyright 1997 - 2010
By Law, these pages and graphics herein are under copyright and are under ownership of "Biker News: 1%er,Outlaw,Bikernews,Bikernews.net" and may
only be used if requested by Email.



Best 1%er Biker News on the web since 1997      Friday July 09, 2010  7:23 PM

# BIKERNEWS.NET

[  Search  ]

New Bikers -N- Friends | Who's Online | Cops Gone Bad | Biker Foes | Final Chapter | Who's a Rat? | Shop OBWorld | DONATE | Brothers Memorial | Fix Site

RSS  XML FEED

**Username:**

**Password:**

Remember Username: ☐
Keep Me Logged On: ☐
[  Login  ]

→ Register
→ Forgot Password

**Main Menu**
→ Home
→ About Us

→ 1%er News
→ General News
→ Tech Tips
→ Biker Chicks
→ Joke of the Day
→ Bike HELP!!
→ Biker Education

→ Events
→ Links
→ Guestbook
→ Biker DMZ
→ Message Board

→ New Live Chat
→ Live Chat

→ Submit News
→ Submit Event
→ Editorials
→ Announcements
→ Link to us
→ Get News via Email
→ Get news on your site
→ Archived Biker News
→ FAQ's
→ Disclaimer
→ Contact Us
→ Recommend Us

Add Your E-mail Address to our Mailing List

[  GO  ]

Number of Registered Users:

**Custom Harley Pipes**
Get a new set of pipes before the ride. Starts at $159.

**Biker Chicks**
Looking for Biker Chicks? Find exactly what you want today.

### THE BIKER NEWS NETWORK
Welcome to our 13th year on the web!
Hard to believe the site started back in 1997, as the "Outsider's 1%er Biker News" hosted on a public server, with a few articles posted everyday for the handful of bikers who visited. Then there was the Biker News Network, bikernews.net in various forms which has now grown into the biker community that is is today! From a handful of faithful visitors (Whom most are still around) to the thousands that now visit every day!
Best viewed at 1280x1024

• "Kill a Biker, Go To Jail!" Click here to help "Save a Biker!"

• HOT BIKER BABES!

• Make Donation to Site!

Get your news on

twitter

facebook

Click Here for the Calendar

Site Sponsors


OLD SCHOOL
BIKER T's

Become a Sponsor for Bikernews.net
Your Banner Here
Click here for details

Get bike parts from JC Whitney

Bike Bandit

Adam and Eve Adult Toys

To Stop Hair Growth
SHAVE No More!
www.ShaveNoMore.com

**Stock Pipes Suck**
Stock Harley Pipes Suck. Get new pipes before the ROT Rally $159
www.AmericanCustom.com

**Motorcycle Club Patches**
Save 20-40% on all emblem patches Custom Patches for Motocycle Clubs eeiemblems.com

**Biker Chicks**
Looking for Biker Chicks? Find exactly what you want today.
Yahoo.com



**General News:**

### Motorcycle club raises more than $4,000 for fund

A Northern Nevada motorcycle club raised more than $4,000 for a brother and sister allegedly starved and held captive in the bathroom for years by their family.

Righteous Ones Motorcycle Club member Thomas "Scarecrow" Fletcher, organizer of Saturday's fundraiser at T's Tavern, said on Monday he had deposited $4,178 into the Second Chance Fund for the siblings.

The children, a 16-year-old girl and her 11-year-old brother, were found Jan. 19, weighing 41 pounds and 31 pounds, respectively. The two are recovering at Carson Tahoe Regional Medical Center, where they are listed in stable condition.

Their mother, Regina Rios, 33; grandmother, Esther Rios, 56; and stepfather Tomas Granados, 33, are being tried on two counts each of felony child abuse, child neglect and false imprisonment.

"This was so profitable," said Fletcher, who manned the microphone and gave away hundreds of raffle prizes donated by area businesses. "We hardly had any expenses, like maybe $100, so everything went to the kids."

--ADVERTISEMENT--
(Click ESC to stop the shaking)

Get a night free when you stay twice!
AAA members get even more.
[  BOOK NOW  ]
LIMITED TIME OFFER ENDS 8-15

18252

The Second Chance Fund was set up by the Carson City Sheriff's Protective Association and has taken in more than $20,000 for the children's educational needs.

Deputy Dan Ochenschlager said on Monday he had collected a $1,000 check from The Timbers, where patrons raised money by passing a hat at the bar.

On Feb. 15, Mulligan's Food, Fun & Spirits on Highway 50 East will host a fundraiser for the children from 6-8 p.m. All of the restaurant's proceeds will be donated to the children.

"We just felt like we needed to do something to help these kids," said owner Nate Lance. "This story hits very close to home, and we want to contribute in any way that we can."

In addition to the profit donations, Mulligan's will hold a raffle of prizes donated by local businesses. Children are welcome to attend.

"Nevadans have a way of coming together during a crisis," Lance said. "We hope to get a good turnout and have some fun, while helping give the kids a new start in life."

The Rioses and Granados are expected in court Feb. 24 for a preliminary hearing. Each is being held on $100,000 bail.

-- Contact reporter F.T. Norton at ftnorton@nevadaappeal.com or 881-1213.
http://www.nevadaappeal.com/article/ 20060207/NEWS/102070059/-1/rss02

· Ads by Google·   Biker Gangs    Biker Gear    Biker Boots    Biker Women    Biker Outlaw

Disclaimer: The opinions in this article are solely those of the writer, and may not reflect the beliefs of anyone at Outlaw Biker World.
This site may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our
efforts to advance understanding of political, human rights, economic, democracy, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted
material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those
who have expressed a prior interest in receiving the included information for research and educational purposes. If you wish to use copyrighted material from this site for
purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

Posted By Anonymous on 2/7/2006 10:01 AM | General News
4 comments | 🖶

# You must be logged in to read all comments or to add comments

You may only post comments on a article for 15 days

### good work
Posted by rapid_rolla on 2/12/2006 12:14 PM

good work guys, its great to see that there are still people around willing to give there own time to help out the kids.

### ROMC
Posted by qballnjewels on 2/11/2006 11:12 PM

Great job ROMC!! IOFFIO

### bikers rule
Posted by abrctiny on 2/10/2006 11:45 AM

Much love and Respect to the guys who did this, so much of the time we get a bad rap,if outsiders only knew that when it comes to kids we are normally very forthcoming and always willing to try to help.After all they are our future! May these little ones ride free forever.Tiny

### This is sick...
Posted by santa on 2/7/2006 11:24 AM

Thank God for this club doing something positive for these kids. As a parent it infuriates me to see that people like this are allowed to live. These kids will have emotional issues for life because their parents were scum.

Search Site: [                    ]  [ Search ]    Flush Cache

© Copyright 1997 - 2010
By Law, these pages and graphics herein are under copyright and are under ownership of "Biker News: 1%er,Outlaw,Bikernews,Bikernews.net" and may only be used if requested by Email.

# EXHIBIT 6

# EXHIBIT 6

```
Type of Work:        Text

Registration Number / Date:
                     TX0007169383 / 2010-07-02

Application Title: Agent cracks Hells Angels - Undercover officer one of few
                     to get into biker gang.

Title:               Agent cracks Hells Angels - Undercover officer one of few
                     to get into biker gang.

Appears in:          Las Vegas Review-Journal

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-04-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:      C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC
```

===============================================================================